Goldstein Estate.

Argued November 21, 1955. Before STERN, C. J., STEARNE, JONES, BELL, MUSMANNO and ARNOLD, JJ.

2

*Edward J. Harkins,* with him *Thomas A. Swope, Harkins & Wharton* and *Shettig & Swope,* for appellant.

*Morton Meyers* and *Bernard G. Segal,* with them *Maurice Shadden, Yost & Meyers,* and *Schnader, Harrison, Segal & Lewis,* for appellee.

OPINION PER CURIAM, January 3, 1956:

Decree affirmed, at appellant's costs, on the opinion of President Judge NELSON, reported at 4 D. & C. 2d 606.